**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 238 WAL 2022

       Respondent                   :

                                      :    Petition for Allowance of Appeal

                                      :    from the Order of the Superior Court

           v.                         :

                                      :

DANIEL LUKE SPUCK,                  :

                                      :

           Petitioner                 :

## ORDER

**PER CURIAM**

     **AND NOW**, this 7th day of February, 2023, the Petition for Allowance of Appeal and the Application for Leave to Proceed *In Forma Pauperis* are **DENIED**.